**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Wayne Eugene Allsup v. The State of Texas

Appellate case number:   01-18-00054-CR

Trial court case number: CR-16-0695

Trial court:             22nd District Court of Hays County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

We **grant** the motion and **order** the trial court clerk, no later than **10 days** from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, **within 15 days** of the date of this order, the date upon which delivery of the record to the appellant is made. Finally, appellant's response to his appointed counsel's brief shall be filed **within 45 days** of the date of this order.

It is so ORDERED.


Judge's signature: /s/ Jennifer Caughey
                          ☑ Acting individually     ☐ Acting for the Court


Date: August 14, 2018